No. 389. FEDERAL TRADE COMMISSION *v.* AMERICAN CRAYON CO. On petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Solicitor General Sobeloff,*

---

*Modified, *post,* p. 962.

*Assistant Attorney General Barnes, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Daw̶k̶i̶n̶s̶ ̶f̶o̶r̶ ̶p̶e̶t̶i̶t̶i̶o̶n̶e̶r̶ Thomas F. Butler, Jr.* for respondent.